SIMON UHLMANN et al., Appellants, *v.* NATHAN BROWNELL et al., Respondents.

(Argued March 13, 1890; decided April 15, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made November 17, 1888, which affirmed a judgment in favor of plaintiffs, entered upon the report of a referee.

*Alex. Blumenstiel* for appellants.

*H. D. Newton* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.